UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:20-cr-122-MOC-WCM-1

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| AARON JOSHUA MILLS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**THIS MATTER** is before the Court on Defendant's Motion to Allow Rule 11 Hearing by Videoconference, (Doc. No. 17).

**IT IS HEREBY ORDERED** that the Motion to Allow Rule 11 Hearing by Videoconference, (Doc. No. 17), is **GRANTED**, as Defendant has filed a plea agreement, and the Court is satisfied that Defendant has met the requirements of the CARES Act and this Court's Standing Order, No. 3:20-mc-48, Doc. No. 6.

**IT IS SO ORDERED**.

Signed: July 16, 2021

Max O. Cogburn Jr.
United States District Judge